UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

    Michanda Lavaccette Brown,
                            *Debtor*.

Case: 20-10519

Chapter: 13

Judge Susan D. Barrett

## AMENDED MOTION TO SELL

Debtor, Michanda Lavaccette Brown, files this amended motion to sell real estate pursuant to 11 U.S.C. §§ 1303 and 363(b). In support thereof, Debtor state as follows:

1. Debtor commenced this case May 22, 2020, by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code. (Dckt. no. 1.)

2. Debtor's Chapter 13 Plan was confirmed on September 30, 2020 (Dckt. no. 33).

3. Debtor owns interest for a property located at 3011 Spring Creek Drive, Hephzibah, Georgia 30815. (Dckt. no. 1.) At the time of filing, Debtor estimated that said property is worth $193,192.00. *Ibid*.

4. Upon information and belief, said property is encumbered by a first mortgage held by Carrington Mortgage Services, in the approximate amount of $181,224.00. *Ibid*.

5. Debtor wishes to sell said property to Sylvoncy L. Johnson and Sylvonica G. Johnson for a price of $277,000.00. There is no prior relationship between the buyers and the Debtor.

6. All net proceeds shall be turnover to the Chapter 13 Trustee after the sale of the property. Any net proceeds which the Debtor is able to exempt shall be paid by the Trustee to the Debtor, and the balance, if any shall be administered by the Trustee. Any non-exempt proceeds from the sale shall be used as a dividend for unsecured creditors. Any and all pre- and post-petition arrearage claim regarding said mortgage shall be reduced to the amount paid.

WHEREFORE, Debtor respectfully request that this Court grant the motion authorizing the sale of Debtor's property located 3011 Spring Creek Drive, Hephzibah, Georgia 30815, to Sylvoncy L. Johnson and Sylvonica G. Johnson, all the net proceeds, if any, shall be turnover to the Chapter 13 Trustee; reduce to the

amount paid any and all pre- and/or post-petition arrearage claim regarding said mortgage; and provide for such other relief as may be proper. The Chapter 13 Trustee shall then distribute any nonexempt proceeds resulting from the sale to unsecured creditors as an additional dividend and any exempt proceeds and the remainder of any nonexempt proceeds after distribution as an additional dividend to unsecured creditors shall go to the Debtor.

Respectfully submitted on December 1, 2022.

/s/ *Matthew James Duncan*
Matthew James Duncan (GA Bar #: 143397)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
m.duncan@duncanbrow.com | Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

Michanda Lavaccette Brown,
*Debtor*.

Case: 20-10519

Chapter: 13

Judge Susan D. Barrett

ORDER

Before this Court is Debtor's Amended Motion to Sell regarding 3011 Spring Creek Drive, Hephzibah, Georgia 30815. After notice and an opportunity to be heard, Debtor's motion is hereby GRANTED.

IT IS ORDERED that the motion is GRANTED authorizing the sale of Debtor's property located at 3011 Spring Creek Drive, Hephzibah, Georgia 30815, to Sylvoncy L. Johnson and Sylvonica G. Johnson, the net proceeds, if any, of which shall be turned over to the Trustee. Any net proceeds which the Debtor is able to exempt shall be paid by the Trustee to the Debtors, and the balance, if any shall be administered by the Trustee. Any non-exempt proceeds from the sale shall be used as a dividend for unsecured creditors. Any and all pre- and post-petition arrearage claim regarding said mortgage shall be reduced to the amount paid.

IT IS FURTHER ORDERED that the Debtor shall provide a closing statement to the Trustee prior to the closing on the sale. Prior to the closing, the Trustee will review the closing statement and provide the closing attorney referenced in the closing statement with written consent to the consummation of the sale and disbursement of the proceeds. The Debtor shall also provide the Trustee a fully executed copy of the closing statement once the transaction is completed.

IT IS FURTHER ORDERED that the closing attorney O. Franklin Askin Jr., P.C., Attorney at Law, 2913 Professional Parkway, Augusta, Georgia 30907, shall remit all net proceeds after payment of liens, to the Chapter 13 Trustee – Augusta and mail the check to the Office of the Chapter 13 Trustee – Huon Le, P.O. Box 102173, Atlanta, GA 30368-2173. The name of the debtor and case number shall be provided on the check. The Chapter 13 Trustee shall pay Debtor any exempt proceeds and administer the balance, if any as provided above.

**[END OF DOCUMENT]**

Prepared by:
*/s/ Matthew James Duncan*
Matthew James Duncan (GA Bar #: 143397)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
m.duncan@duncanbrow.com | Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
Southern District of Georgia
Augusta Division

In re:

    Michanda Lavaccette Brown,
*Debtor*.

Case: 20-10519

Chapter: 13

Judge Susan D. Barrett

CERTIFICATE OF SERVICE

    I hereby certify that copies of the foregoing were served on December 1, 2022, by CM/ECF electronic notice, on the following:

Huon Le
Office of the Chapter 13 Trustee
notices@chp13aug.org

On December 1, 2022, by placing the same for collection and mailing on December 1, 2022, first-class postage prepaid, on the following.

Carrington Mortgage Services
Attn: Bankruptcy
PO Box 3730
Anaheim, CA 92806

    Respectfully submitted on December 1, 2022.

/s/ *Matthew James Duncan*
Matthew James Duncan (GA Bar #: 143397)
2608 Commons Blvd., Ste. A, Augusta, GA 30909
P: 706-755-2928 | F: 706-664-0407
m.duncan@duncanbrow.com | Attorney for Debtor